IN THE MATTER OF LAWRENCE J. FINNEGAN, AN ATTORNEY AT LAW.

March 23, 1990.

ORDER

LAWRENCE J. FINNEGAN of MIDDLETOWN, who was admitted to the bar of this State in 1972, having tendered his consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that LAWRENCE J. FINNEGAN is disbarred, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with disbarred attorneys.